PEDDY REALTY CORP., Appellant, v. ANNA E. COMISKEY and Others, Defendants, Impleaded with MANUFACTURES TRUST COMPANY, as Successor to the STATE BANK AND TRUST COMPANY, Respondent.— Order, so far as appealed from, unani-

mously affirmed, with twenty dollars costs and disbursements. Verified bill of particulars to be served within fifteen days after service of order. No opinion. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.